IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PATRICK JOSEPH CHAREST, :
AIS 182262,
 :
    Petitioner,
 :
vs.                         CA 10-0067-CG-C
 :
BILLY MITCHEM,
 :
    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 1, 2010, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 8th day of June, 2010.

                                        /s/ Callie V. S. Granade
                                        UNITED STATES DISTRICT JUDGE