# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **PATRICK JOSEPH CHAREST,** **AIS 182262,** | : | |
| Petitioner, | : | |
| vs. | : | CA 10-0067-CG-C |
| **BILLY MITCHEM,** | : | |
| Respondent. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the present habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be dismissed with prejudice due to petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A). Charest is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this 8th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE