IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK JOSEPH CHAREST, ) | |
| AIS 182262, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 10-0067-CG-C |
| ) | |
| BILLY MITCHEM, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the court on the Report and Recommendation of the Magistrate (Doc. 63), and the motion to withdraw by counsel for petitioner (Doc. 69).

Upon due consideration, the motion to withdraw by counsel for petitioner is hereby **GRANTED,** and the petitioner is granted leave to proceed pro se.

The Court has considered the pro se objections (Doc. 66) to the Report and Recommendation de novo. After due and proper consideration of all portions of this file deemed relevant to the issued raised, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 8, 2013, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 10th day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE