IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK JOSEPH CHAREST, ) | |
| AIS 182262, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 10-0067-CG-C |
| ) | |
| BILLY MITCHEM, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be dismissed not only as an unconscionable abuse of the writ, but also because it is time-barred pursuant to 28 U.S.C. § 2244(d).

**DONE and ORDERED** this 10th day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE