IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK JOSEPH CHAREST, <br> AIS 182262, <br>     Petitioner, <br><br> vs. <br><br> BILLY MITCHEM, <br>     Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CIVIL ACTION NO. 10-0067-CG-C <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be dismissed not only as an unconscionable abuse of the writ, but also because it is time-barred pursuant to 28 U.S.C. § 2244(d).

**DONE and ORDERED** this 10th day of April, 2013.

                                          /s/ Callie V. S. Granade
                                          UNITED STATES DISTRICT JUDGE