IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK JOSEPH CHAREST, ) | |
| AIS 182262, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 10-0067-CG-C |
| ) | |
| BILLY MITCHEM, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the court on the Respondents' Objection to the Magistrate's Report and Recommendation (Doc. 72) timely filed on April 12, 2013. The court's Order adopting the report and recommendation (Doc. 70) and Judgment (Doc. 71) are hereby **VACATED** to allow for consideration of said objection.

**DONE and ORDERED** this 15th day of April, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE