IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICK JOSEPH CHAREST, AIS 182262, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 10-0067-CG-C |
| BILLY MITCHEM, | ) ) ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Amended Order entered this date (Doc. 86), it is hereby **ORDERED, ADJUDGED, and DECREED** that petitioner's request for habeas corpus relief pursuant to 28 U.S.C. § 2254 is **DISMISSED** for lack of jurisdiction, or alternatively, is **DENIED** because Charest has abused the writ, and **DISMISSED** because the petition is time-barred.

**DONE and ORDERED** this 14th day of November, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE